**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| KATHLEEN ANN GUNTHER, | ) | Case No. 11-10957 (BLS) |
| | ) | |
| Debtor(s). | ) | Docket Reference No. 10 |

**ORDER ON REAFFIRMATION AGREEMENT**

The debtor(s) Kathleen Ann Gunther has (have) filed a motion for approval of the reaffirmation agreement filed on June 13, 2011 made between the debtor(s) and Delaware Alliance FCU. The court held the hearing required by 11 U.S.C. §524(d) on notice to the debtor(s) and the creditor on June 30, 2011.

COURT ORDER:   ☐   The court grants the debtors' motion under 11 U.S.C. §524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

☐   The court grants the debtor's motion under U.S.C. §524 (K)(8) and approves the reaffirmation agreement described above.

☐   The court does not disapprove the reaffirmation agreement under 11 U.S.C. §524(m).

☒   The court does not approve the reaffirmation agreement.

BY THE COURT

Date: June 30, 2011

_____
Brendan Linehan Shannon
United States Bankruptcy Judge